UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRANZUELA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02498-VC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　The deadline to file an amended complaint has passed, so this case is dismissed with prejudice. No further filings will be accepted in this case, and all hearings have been vacated. The Clerk of the Court is directed to close the case.

　　**IT IS SO ORDERED.**

Dated: January 2, 2020

_____
VINCE CHHABRIA
United States District Judge